## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**AFTAB AHMED KHAN**
**Reg. #09260-062**                                                                                        **PLAINTIFF**

**v.**                                       **NO.  2:09cv00077 BSM**

**UNITED STATES OF AMERICA**                                                            **DEFENDANT**

## JUDGMENT

In accordance with the order entered March 14, 2011, it is considered, ordered, and adjudged that this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of the United States of America.

IT IS SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE